HOOPER *v.* DUNCAN, SUPERINTENDENT, DE-
PARTMENT OF LIQUOR LICENSES AND
CONTROL OF ARIZONA, ET AL.

No. 393. Decided November 9, 1964.

*Alfred C. Marquez* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

ALBAUGH *v.* TAWES, GOVERNOR OF
MARYLAND, ET AL.

No. 481. Decided November 9, 1964.

PER CURIAM.

The judgment is affirmed.